# UNITED STATES DISTRICT COURT **FILED**

*Eastern District of California*

**MAR 2 2 2012**

*Criminal Division*

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____J. HELLINGS____
DEPUTY CLERK

## THE UNITED STATES OF AMERICA

*vs.*

**KOU VANG**       1:12 CR 00079 - LJO SKO

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1344(1) and (2) - Bank Fraud; and 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2) and 28 U.S.C. § 2461 - Criminal Forfeiture

*A true bill,*

_____/s/_____
                                    *Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
                                    *Clerk.*

*Bail, $* _____ NO BAIL WARRANT

_____

GPO 863 525

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

| | |
|---|---|
| [ ] COMPLAINT  [ ] INFORMATION  [X] INDICTMENT<br>[ ] SUPERSEDING INFORMATION  [ ] SUPERSEDING<br>[ ] SEALED  [ ] Court No. | Name of District Court, and/or Judge Magistrate Location (city)<br>**EASTERN DISTRICT OF CALIFORNIA**<br>**FRESNO, CALIFORNIA** |

**OFFENSE CHARGED**
- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

Place of Offense: Fresno County
USC Citations:

**DEFENDANT -- U.S. vs.**

**KOU VANG**

1:12 CR 00079 - LJO SKO

Address:
Birth Date:
[ ] Male  [ ] Female  [ ] Alien (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

U.S. Postal Service/Jennifer Vincent

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  [ ] U.S. Att'y  [ ] Defense
  SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM

[X] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **GRANT B. RABENN**

[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes" give date

DATE OF ARREST ► Mo.  Day  Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ► Mo.  Day  Year

[ ] This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PENALTIES: Please see Indictment
STATUS: Issue no bail warrant

1:12 CR 0 0 07 9 - LJO SKO

## PENALTY SLIP

**DEFENDANT:** KOU VANG

**VIOLATION:** 18 U.S.C. § 1344(1) and (2)
Bank Fraud

**PENALTY:** 30 years maximum
$1 million fine
3 Years Supervised Release

**FORFEITURE ALLEGATION:** 18 U.S.C. §§ 981 (a)(1)(C), 982(a)(2) and 28 U.S.C. § 2461-
Criminal Forfeiture