JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JANET BATEMAN, CA Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KOU VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>KOU VANG,<br><br>        *Defendant.* | No. 1:12-cr-0079 LJO-SKO<br><br>APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for KOU VANG, and designate counsel for service as follows:

        JANET BATEMAN
        Assistant Federal Defender
        2300 Tulare Street, Suite 330
        Fresno, CA 93721-2226
        Telephone: 559-487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: March 29, 2013                    /s/ Janet Bateman
                                                              JANET BATEMAN
                                                              Assistant Federal Defender
                                                               Attorney for Defendant
                                                               Kou Vang

                                       Appearance and Designation of Counsel