IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-CR-00079 LJO |
| ) Plaintiff, ) | ORDER OF RELEASE |
| ) vs. ) | |
| ) KOU VANG, ) | |
| ) Defendant. ) | |

The above named defendant having been sentenced to Time Served on September 3, 2013.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   September 3, 2013**        /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE