PHILLIP A. TALBERT
Acting United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12CR00079-LJO |
|---|---|
| Plaintiff, | **RELEASE OF LIEN FOR FINE/RESTITUTION** |
| v. | |
| Kou Vang, | |
| SSN: ***-**-9989 | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Recorder of Fresno County, Document # 2013-0166084, on December 9, 2013. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Kou Vang.

DATED: 6 October 2016

PHILLIP A. TALBERT
Acting United States Attorney

BY: _____
KURT A. DIDIER
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION